UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHRISTA MCLAURIN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., *et al.*<br><br>    Defendants. | Case No.: 1:21-CV-01114-SCJ-WEJ |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant National Credit Systems, Inc. ("NCS"), hereby certifies that NCS is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: April 12, 2021.

                                      Respectfully submitted,

                                      */s/ James O. Bass*
                                      James O. Bass
                                      Georgia Bar No. 041239
                                      Law Offices of James O. Bass, PC
                                      420 Creekstone Ridge
                                      Woodstock, GA 30188
                                      Telephone: (770) 874-6464
                                      Facsimile: (770) 874-6465
                                      jim@bass.law
                                      *Attorney for Defendant*
                                      *National Credit Systems, Inc.*

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have, on this day, caused a copy of the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: April 12, 2021.

/s/ *James O. Bass*
James O. Bass
Georgia Bar No. 041239

*Attorney for Defendant*
*National Credit Systems, Inc.*