FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jul 20 2021

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTA MCLAURIN, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:21-CV-1114-SCJ-WEJ |
| NATIONAL CREDIT SYSTEMS, INC., et al., | |
| Defendants. | |

## ORDER

This case is before the Court on a Consent Motion to Stay [29], seeking to stay defendants Ventron Management, LLC's and Perimeter Pointe Apartments, LP's deadline to respond to plaintiff's Amended Complaint until the parties can participate in mediation. The Court believes mediation would be helpful in resolving this case. Therefore, this case is **STAYED** for **SIXTY (60) DAYS** and the parties are directed to participate in mediation. The parties may hire a private mediator or they may utilize the services of a Magistrate Judge of this Court at no cost. Should the parties desire to use that service, they may contact the chambers of the Honorable Alan J. Baverman (404-215-1395), Chief United States Magistrate Judge.

The parties are **DIRECTED** to file a status report with the Court at the end of the sixty-day period. The parties shall inform the Court promptly if a settlement is reached. If mediation is unsuccessful, the parties shall move to lift the stay within **FIVE (5) BUSINESS DAYS** of the completion of mediation.

**SO ORDERED**, this the 20th day of July, 2021.

_/s/ Walter E. Johnson_
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE